# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

ROSE CALI

VERSUS

HOSPITAL SERVICE DISTRICT #1
OF TANGIPAHOA PARISH D/B/A
NORTH OAKS MEDICAL CENTER
AND/OR NORTH OAKS
REHABILITATION HOSPITAL, LLC

NO.  2020 CW 1084

**JANUARY 26, 2021**

---

In Re:   Hospital Service District #1 of Tangipahoa Parish
         d/b/a North Oaks Health System, et al., applying for
         supervisory writs, 21st Judicial District Court,
         Parish of Tangipahoa, No. 20190001094.

---

**BEFORE:   GUIDRY, McDONALD, AND HOLDRIDGE, JJ.**

   **WRIT GRANTED.** We reverse the September 21, 2020, judgment
that granted the motion for partial summary judgment filed by
Rose Cali. The motion for partial summary judgment is denied. A
genuine issue as to material fact remains as to whether Hospital
Service District #1 of Tangipahoa Parish d/b/a North Oaks
Medical Center and/or North Oaks Rehabilitation Hospital
breached the pertinent standard of care.

JMG
JMM
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT